UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSEPH LOCHUCH EWALAN,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>CHERYL STRANGE, et al.,<br><br>　　　　　　　Defendants. | CASE NO. C25-5397JLR-DWC<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The Honorable James L. Robart recuses himself and the case is reassigned in rotation to the Honorable Kymberly K. Evanson. All future pleadings shall bear the cause number C25-5397KKE-DWC.

//

//

//

MINUTE ORDER - 1

1 | Filed and entered this 13th day of May, 2025.

                          RAVI SUBRAMANIAN
                          Clerk of Court

                          s/ Ashleigh Drecktrah
                          Deputy Clerk

MINUTE ORDER - 2