UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSEPH LOCHUCH EWALAN,<br><br>　　　　　　Plaintiff(s),<br>　v.<br>CHERYL STRANGE, et al.,<br><br>　　　　　　Defendant(s). | CASE NO. C25-5397-KKE-DWC<br><br>ORDER ON MOTION TO DISMISS COUNTS ONE AND TWO OF THE FIRST AMENDED COMPLAINT |

　　　This matter is before the Court on Plaintiff Joseph Lochuch Ewalan's motion to voluntarily dismiss Counts One and Two of his first amended complaint (Dkt. No. 12). Dkt. No. 17.

　　　Plaintiff's first amended complaint consists of three counts. *See* Dkt. No. 12. Count One alleges First and Eighth Amendment violations against Defendants Cheryl Strange, Joane Miller, Garry Botton, S. Thompson, T. Morrisey, Shelley Hanson, S. Garner, D. Feist, K. Casperson, J. Kirschner, and Erick Mairilo, and pertains to Ewalan's transfer to Stafford Creek Corrections Center ("SCCC"). Dkt. No. 12 at 4–6, 10–24, 37. Count Two alleges an Eighth Amendment violation against Defendants Krumins, Lewis, Hardesty, Miller, Kozuki, and Chad Anderson, and pertains to their denying his access to mental health care. *Id.* at 6–8, 25–30, 37. Count Three alleges First Amendment violations on account of denial of access to library services, as well as retaliation for protected speech, against Defendants Paula L. Main, Badley Heden, and Rogers Weld. *Id.* at 9, 26, 30–36, 38.

In a prior order, Judge Christel explained that Ewalan could not "pursue unrelated claims against different defendants in one lawsuit." Dkt. No. 16 at 4. Judge Christel also identified deficiencies in Ewalan's pleadings as to Counts One and Two, and, after explaining how Ewalan could cure those deficiencies, granted Ewalan leave to file a second amended complaint. *Id.* at 5–6, 8. In order to cure these deficiencies, Ewalan moved to dismiss the first two counts of the amended complaint. Dkt. No. 17. Ewalan also filed a second amended complaint, which centers around the First Amendment violations. Dkt. No. 19.

Because Ewalan filed a second amended complaint (Dkt. No. 19) that omits the counts he previously moved to dismiss, the Court DENIES as moot Ewalan's motion to dismiss. The second amended complaint (Dkt. No. 19) replaces the first amended complaint in full and is now the operative complaint in this matter.

The Clerk of Court is directed to send Ewalan a copy of this order.

Dated this 28th day of October, 2025.

Kymberly K. Evanson
United States District Judge