UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOSEPH LOCHUCH EWALAN,

Plaintiff,

v.

PAULA L. MAIN, et al.,

Defendant.

CASE NO. 3:25-cv-05397-KKE-DWC

ORDER TO RE-SEND DOCUMENTS

Plaintiff is housed Stafford Creek Corrections Center ("SCCC"). The Court recognizes the SCCC did not deliver copies of the Court's orders to Plaintiff from approximately September 18, 2026 through October 8, 2026. Therefore, the Clerk's Office is directed to resend all documents filed in this case from September 15, 2026 through October 9, 2026.

Dated this 13th day of October, 2026.

David W. Christel
United States Magistrate Judge